**Order filed December 16, 2022.**



In The

# Fourteenth Court of Appeals

_____

_____

## NO. 14-22-00551-CV

_____

**SOUTHWEST SUNRISE, LLC, Appellant**

**V.**

**JOHN GANNON, INC., Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-15418**

## ORDER

The reporter's record in this case was originally due **August 22, 2022**. *See* Tex. R. App. P. 35.1. On November 30, 2022, this court ordered the court reporter to file the record within 10 days. On December 15, 2022, the court reporter filed a motion requesting an extension of time to file the record until December 23, 2022. The court GRANTS the extension and issues the following order.

We order **Carl Richard Browning**, the official court reporter, to file the record in this appeal no later than **December 23, 2022**. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Carl Richard Browning does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Wilson.